**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
erick_guzman@fd.org

Attorneys for Mr. Munoz-Marquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JORGE ALBERTO MUNOZ-MARQUEZ,<br><br>　　　　Defendant. | Case No. 08cr0522-DMS<br><br>**JOINT MOTION TO CONTINUE<br>SENTENCING HEARING** |

　　　Good cause appearing therefore, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Erick L. Guzman, and Federal Defenders of San Diego, Inc., counsel for Jorge Alberto Munoz-Marquez, along with Assistant United States Attorney Carlos Cantu, that the sentencing hearing be continued from May 30, 2008 at 9:00 a.m. to **June 6, 2008, at 9:00 a.m.**

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED:　　May 29, 2008　　　　　　　　　 */s/ Erick L. Guzman*
　　　　　　　　　　　　　　　　　　　　　**ERICK L. GUZMAN**
　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Mr. Munoz-Marquez

DATED:　　May 29, 2008　　　　　　　　　 */s/ Carlos Cantu*
　　　　　　　　　　　　　　　　　　　　　**CARLOS CANTU**
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　carlos.cantu@usdoj.gov