UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JORGE ALBERTO MUNOZ-MARQUEZ,  )<br>  )<br>        Defendant.  )<br>_____) | Case No. 08cr0522-DMS<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Sentencing has been electronically served this day upon:

    Carlos Cantu
    U.S. Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  May 29, 2008

    /s/  Erick  L.  Guzman
    ERICK L. GUZMAN
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467  (tel)
    (619) 687-2666  (fax)
    erick_guzman@fd.org