UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0522-DMS |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| JORGE ALBERTO MUNOZ-MARQUEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing in this matter now scheduled for May 30, 2008 at 9:00 a.m. be continued until **June 6, 2008, at 9:00 a.m.**

**IT IS SO ORDERED**.

DATED: May 29, 2008

_____
HON. DANA M. SABRAW
United States District Judge